**Be'Kura SHABAZZ, Plaintiff—Appellant,**

v.

**Officer HILL; Officer A.R. Brown; Officer Morris; Officer Haskins; William Page True, Jr., Warden; Beth Cabel, Assistant Warden; Lieutenant Peebles; Lieutenant Barbour; Lieutenant Hedgepeth; Captain Tuvell; Teresa Porrovecchio, Operations Manager; Vera Wright, Warden's Assistant; Major Gilmore; Gene Johnson, Director; John Jabe, Deputy Director of Operations; N.H. Cookie Scott; H. Paul Broughton; Charlene Davis, Director's Secretary; June Kimbrel, Inspector General; David Bass, Assistant Director of Eastern Region; Rufus Fleming, Regional Director of Eastern Region, Defendants—Appellees.**

No. 06–1923.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 21, 2006.

Decided: Dec. 28, 2006.

Be'Kura Shabazz, Appellant Pro Se.
William W. Muse, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before NIEMEYER, WILLIAMS, and
KING, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Be'Kura Shabazz appeals the district court's order dismissing plaintiff's complaint for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Shabazz v. Hill*, No. 3:06–cv–00211–RLW (E.D.Va. July 12, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*